No. 40885.—Protests 892272–G, etc., of Frazar & Co. et al. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific duty merchandise as claimed.

No. 40886.—Protests 927012–G, etc., of Allen Forwarding Co. et al. (Philadelphia).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific duty merchandise as claimed.

No. 40887.—Protests 930701–G, etc., of Nozaki Bros., Inc., et al. (Boston).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific duty merchandise as claimed.

No. 40888.—Protest 941097–G of R. C. Williams & Co., Inc. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific duty merchandise as claimed.

No. 40889.—Protest 937890–G of Frazar & Co. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passsed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific duty merchandise as claimed.

No. 40890.—Protest 949765–G of Frazar & Co. (Norfolk).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific duty merchandise as claimed.